UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

**FILED**

SEP 0 8 2022

**U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 1:22-cr- |
| DAVID JULIEN, | ) |
| Defendant. | ) |

1 : 22 -cr- 0 1 2 2 JMS -MJD

## **INDICTMENT**

The Grand Jury charges that:

Count 1
Receipt of Child Pornography
18 U.S.C. § 2252A(a)(2) and (b)(1)

1.      Between on or about January 1, 2021, and on or about January 2, 2022, within the Southern District of Indiana and elsewhere, the Defendant, **DAVID JULIEN**, knowingly received material that contained child pornography using a means or facility of interstate or foreign commerce or the material had been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer, that is **DAVID JULIEN** did knowingly receive the following files, among others, using an online file-sharing program:

i.      4yo-ygniece002.jpg

ii.     031cp-real kiddy sex good.jpg

iii.    Rape017.jpg

iv.     zyzChild lick.jpg

1

In violation of Title 18, United States Code, Section 2252A(a)(2) and (b)(1).

Count 2
Possession of Visual Depictions of Minors
Engaged in Sexually Explicit Conduct
18 U.S.C § 2252A(a)(5)(B) and (b)(2)

2.      Between on or about January 1, 2021, and on or about January 2, 2022, in the Southern District of Indiana and elsewhere, the Defendant, **DAVID JULIEN**, did knowingly possess or knowingly access with intent to view material that contained a images of child pornography—including material involving a prepubescent minor and a minor who had not attained 12 years of age—that had been mailed, or shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means, including by computer, or that was produced using materials that have been mailed, or shipped or transported in or affecting interstate or foreign commerce by any means, including by computer, that is, the Defendant did possess an external hard drive, namely a Western Digital External USB Hard Drive named "My Book 25EE," serial number 2SG9TP6J, which contained at least one image of child pornography that was acquired using an online file-sharing program.

In violation of Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(2).

**Forfeiture**

3.      The allegations contained in this Indictment hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 2253.

4.      Pursuant to Title 18, United States Code, Section 2253, upon conviction of an offense in violation of Title 18, United States Code, Section 2252A, set forth in Counts 1 and 2, the Defendant, **DAVID JULIEN**, shall forfeit to the United States of America:

2

A.      Any visual depiction described in Title 18, United States Code, sections 2252A, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

B.      Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense; and

C.      Any property, real or personal, used or intended to be used to commit or to promote the commission of the offense.

The property to be forfeited includes (but is not limited to) the following items that were seized by law enforcement during the search of the Defendant's house on or about January 2, 2022:

- UMX Black Cell Phone
- Media Storage Device PNY SD CARD 64GB
- Media Storage Device PNY SD CARD 64GB
- Media Storage Device PNY SD CARD 8GB
- Media Storage Device PNY OPTIMA 2GB
- Media Storage Device PNY OPTIMA 2GB
- Media Storage Device KODAK 2GB
- Micro SD Adapter - PNY
- Micro SD Card Adapter - PNY Adapter 64
- Micro SD Card Adapter - PNY MICRO SD Adapter
- Micro SD Card Adapter - SANDISK Adapter
- 15 Media Storage Devices - Flash Drives UMX Black
- External computer hard drive (WCC1T064774)
- External computer hard drive (WCC4E3CHSLEK)
- External computer hard drive (WMC4E0098233)
- External computer hard drive (WCANK4460583)
- External computer hard drive (WCAVY3544195)
- External computer hard drive (WX32DA0HYZYD)
- External computer hard drive (WCAUK0134121)
- External computer hard drive (2SG9TP6J)
- External computer hard drive (WXA2D21RV045)
- 48 DVDs in Red and Black Binder
- 97 DVDs
- 157 DVDs

3

- Green binder with printed photographs
- Purple binder with printed photographs
- Black binder with printed photographs
- 2 Pink binders with printed photographs
- 3 Blue binders with printed photographs
- Tablet Samsung, Model: SM-T110, Serial Number: R52GC0Y7L0T
- iPad 3, Serial Number: DLXH30W4DNQR
- Western Digital External USB Hard Drive, 4 TB, Serial No. WX41D68FS0HC
- Western Digital Internal SATA Hard Drive, 1 TB, Serial No. WCC6Y6DHHAZ8
- Western Digital Internal SATA Hard Drive, 500 GB, Serial No. F2LW5G6FJCM3
- Western Digital External USB Hard Drive, 500 GB, Serial No. WCAS61330255
- Western Digital External USB Hard Drive, 250 GB, Serial No. WCANKC390834
- Western Digital Internal SATA Hard Drive, 1 TB, Serial No. WCC1U4685369
- Seagate Internal SATA Hard Drive, 1 TB, Serial No. Z1D527WB
- Toshiba Internal SATA Hard Drive, 1 TB, Serial No. 51LUT5U6T
- Western Digital External USB Hard Drive, 8T, S/N: 2SG9TP6J
- Toshiba internal computer hard drive
- Samsung, Model: S630, Silver Audio/Video Recorder
- JVC Digital Camcorder, Black
- Vivitar Digital Camcorder, Black
- HD Digital Camcorder Model 16X, Black
- Sony Handy Cam, Digital Camcorder, Black
- JVC Everio, Digital Camcorder, Black
- Panasonic Digital video recorder
- Canon NTSCZR 60 Digital video recorder
- 8 General DVDs for backing up computer programs
- 17 Digital Video Cassettes
- 9 milk crates and 2 boxes VHS Tapes
- 25-disc binders containing various DVDs
- 13-disc holders containing various DVDs
- Plastic disc container with various DVDs
- 4 pieces of paper with handwriting and 1 photo
- Maroon case with DVDs
- 7 CDs in paper sleeves
- Maroon CD binder with 23 DVDs
- Blue CD binder with 11 DVDs
- Dark blue CD binder with 5 DVDs
- Black Binder CD binder with 42 DVDs

4

      o   Blue tote with 40 VHS tapes
      o   EVGA computer video card
      o   Brown case with a camera

5.     If any of the property described above, as a result of any act or omission of the Defendant,

    A.     cannot be located upon the exercise of due diligence;

    B.     has been transferred or sold to, or deposited with, a third party;

    C.     has been placed beyond the jurisdiction of the court;

    D.     has been substantially diminished in value; or

    E.     has been commingled with other property which cannot be divided without difficulty, the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b) and Title 28, United States Code, Section 2461(c).

A TRUE BILL:

FOREPERSON

ZACHARY A. MYERS
United States Attorney

By: _____
    Adam Eakman/KMS
    Assistant United States Attorney